Mark W. Kelsey (SB#295818)
Law Offices of Mark W. Kelsey
877 Ygnacio Valley Road, Ste. 208
Walnut Creek, CA 94596
(ph) 925.476.5761; (fax) 925.476.5771
mark@markwkelseylaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURIY ANAKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>*CONTRA COSTA REGIONAL MEDICAL CENTER,<br><br>*JOHN DOES NUMBERS 1 THROUGH 10,<br><br>*CENTRAL MEDICAL LABORATORY (A CALIFORNIA CORPORATION),<br><br>*PHLEBOTOMIST JONATHAN YOUNG,<br><br>*C.H.P OFFICERS LUCAS EATCHEL (#19535) AND J. JACKSON (#19151), IN THEIR INDIVIDUAL CAPACITIES, AND<br><br>*CONTRA COSTA COUNTY SHERIFF'S DEPUTY W. ARMSTRONG (#73440), IN HIS INDIVIDUAL CAPACITY,<br><br>    Defendants. | Case No. C16-00161 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>[CIVIL L.R. 6-1(b), 6-2(a), 7-12]<br><br>CRTRM: B, 15TH Floor<br>Judge: Hon. Maria-Elena James, Presiding<br>Date Action Filed: January 11, 2016<br>Trial Date: None Assigned |

Pursuant to Civil Local Rules 6-1(b), 6-2(a), and 7-12, Plaintiff YUIRY ANAKIN, by and through his attorney of record, Mark W. Kelsey, and Defendants CONTRA COSTA COUNTY and DEPUTY W. ARMSTRONG ("Defendants"), by and through their attorney of record, Deputy

STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS - Case No. C16-00161 MEJ

1 County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, hereby stipulate to an
2 extension of time for Plaintiff YUIRY ANAKIN to file a response to Defendants' Motion to
3 Dismiss, filed on February 19, 2016 (ECF Doc. No. 11).

4 **RECITALS**

5  1. On January 11, 2016, Plaintiff filed a complaint alleging violations of his civil
6     rights pursuant to 42 U.S.C. §§ 1983. *See* ECF Doc. No. 1.
7  2. On February 2, 2016, a stipulation to extend time for Defendants to respond to the
8     complaint was filed by Plaintiff at Defendants' request. *See* ECF Doc. No. 9.
9  3. On February 19, 2016, Defendants Contra Costa County (sued as Contra Costa
10    Regional Medical Center) and Deputy W. Armstrong filed a Motion to Dismiss All
11    Claims pursuant to FRCP 12(b)(6), and a Motion to Strike pursuant to FRCP 12(f).
12    *See* ECF Doc. No. 11.
13 4. Pursuant to this Court's local rules, the deadline for Plaintiff to respond to the
14    Motion to Dismiss is March 4, 2016.
15 5. Defendants noticed the date for Hearing on the Motion to Dismiss for March 31,
16    2016; the undersigned parties agree that this date should not be affected by the
17    instant stipulation.
18 6. This Court's Initial Case Management Scheduling Order set the date for the initial
19    case management conference on April 21, 2016; the undersigned parties agree that
20    this date should not be affected by the instant stipulation. *See* ECF Doc. No. 4.

21 **STIPULATION**

22 The undersigned parties hereby agree and stipulate that the time for Plaintiff to respond to
23 Defendants' Motion to Dismiss (ECF Doc. No. 11) should be extended by one week to March 11,
24 2016, and that Defendants' time to file a Reply to Plaintiff's Response should accordingly be
25 extended by one week, to March 18, 2016. Hearing on the Motion shall proceed as scheduled on
26 April 7, 2016 at 10:00 a.m. ~~March 31, 2016.~~
27 //
28

STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS - Case No. C16-00161 MEJ

IT IS SO STIPULATED.

DATED: March 2, 2016          LAW OFFICES OF MARK W. KELSEY

                              By:   /s/     Mark W. Kelsey
                                    MARK W. KELSEY
                                    Attorney for Plaintiff

DATED: March 2, 2016          SHARON L. ANDERSON
                              COUNTY COUNSEL

                              By:   /s/     Nima E. Sohi
                                    NIMA E. SOHI
                                    Deputy County Counsel
                                    Attorneys for Defendants
                                    CONTRA COSTA COUNTY and DEPUTY W. ARMSTRONG

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on the Motion is extended to April 7, 2016 at 10:00 a.m.

DATED: March 3, 2016          _____
                              Hon. Maria-Elena James
                              United States Magistrate Judge