Leonard T. Fink, Esq., SBN 171735
Christina M. Le, Esq., SBN 237697
**SPRINGEL & FINK LLP**
18100 Von Karman Avenue, Suite 750
Irvine, CA 92612
Telephone:  (714) 957-5742 / Fax: (714) 957-5762

Attorneys for Defendants CENTRAL MEDICAL LABORATORY and JONATHAN YOUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURIY ANAKIN,<br><br>      Plaintiff,<br><br>vs.<br><br>CONTRA COSTA REGIONAL MEDICAL CENTERS, JOHN DOES NOS. 1 – 10, CENTRAL MEDICAL LABORATORY, PHLEBOTOMIST J. YOUNG, OFFICERS LUCAS EATCHEL and J. JACKSON, COCO DEPUTY W. ARMSTRONG,<br><br>      Defendants. | Case No.: 3:16-CV-00161-MEJ<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**DATE:**  June 30, 2016<br>**TIME:**  10:00 a.m.<br>**DEPT:**  Courtroom B |

      Defendants, CENTRAL MEDICAL LABORATORY and JONATHAN YOUNG ("Defendants"), respectfully requests that Christina M. Le, counsel for Defendants appear at the June 30, 2016 initial Case Management Conference ("CMC") by telephone in lieu of physical appearance.

///

///

- 2 -

Defendants make this request on the grounds that personal attendance by Ms. Le at the hearing presents an undue hardship because she is located in Southern California. Ms. Le will be available via telephone throughout the duration of the hearing.

DATED:  June 20, 2016                                        SPRINGEL & FINK LLP

                                                             By:  */s/ Christina M. Le*
                                                                  Leonard T. Fink
                                                                  Christina M. Le
                                                                  Attorneys for Defendants CENTRAL
                                                                  MEDICAL LABORATORY and
                                                                  JONATHAN YOUNG



Counsel's request is GRANTED.  Counsel shall make herself available beginning at 10:00 am.  The Court shall call the calendar in the order of call.  Counsel is not excused until the Court excuses her.  Counsel shall notify the Courtroom Deputy, Rose Maher, at 415-522-4708, of a direct dial number the Court may call her 24 hours prior to the Case Management Conference.

IT IS SO ORDERED.

Dated:  6/21/2016